UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:17-mj-01082 |
| | ) | |
| HECTOR VARGAS-ROMERO, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR DECEMBER 6, 2017**
**HONORABLE DEBRA MCVICKER LYNCH, MAGISTRATE JUDGE**

Parties appear for a Rule 5(c)(3) hearing on an indictment filed on March 25, 2015 out of the Middle District of Florida (8:15-cr-86-T-24-EAJ, Tampa). Defendant appeared in person and by FCD counsel Joseph Cleary. Government represented by AUSA Barry Glickman. USPO represented by Jamie Roberts. Irene Caramuta was sworn as the Spanish interpreter.

Financial affidavit approved for the initial appearance and identity hearing only.

Charges and rights were read and explained.

Defendant requested an identity hearing and the same granted. Identity hearing set for **December 18, 2017 at 3:00 p.m. in courtroom 238**.

Issue of Release or Detention is not ripe at this time.

Defendant remanded to the custody of the US Marshals pending further proceedings before the Court.

Date: 12/6/17

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system