SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HECTOR VARGAS-ROMERO, )<br>)<br>Defendant. ) | 1:17-mj-01082 |

## ORDER

Upon consideration of the Government's Motion to Dismiss the Above Numbered Cause, it is this _____ day of _____, 2017, ORDERED that the Motion to Dismiss the Cause in the above entitled cause number is hereby GRANTED.

SO ORDERED.

_____
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF INDIANA

Distribution to all registered counsel via electronic notification.